UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNNY BROWN,

    Plaintiff,

v.                                             Case No. 2:05-cv-43
                                                HON. ROBERT HOLMES BELL

UNKNOWN JOHNS, et al.,

    Defendants.
_____ /

**OPINION AND ORDER**
**<u>APPROVING REPORT AND RECOMMENDATION</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #43) is approved and adopted as the opinion of the Court.

2. Plaintiff's motion for an order of protection (Docket #40) is DENIED.

Date:    March 20, 2007              /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              CHIEF UNITED STATES DISTRICT JUDGE